**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE TIMOTHY M. REIF, JUDGE**

| | |
|---|---|
| WHEATLAND TUBE,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES,<br><br>*Defendant*,<br><br>and<br><br>HYUNDAI STEEL COMPANY,<br>SEAH STEEL CORPORATION,<br>NEXTEEL CO., LTD., *and*<br>HUSTEEL CO., LTD.,<br><br>*Defendant-Intervenors.* | Court No. 22-00160 |

**DEFENDANT INTERVENOR NEXTEEL CO., LTD.'S RESPONSE TO PLAINTIFF'S
<u>RULE 56.2 MOTION FOR JUDGMENT ON THE AGENCY RECORD</u>**

A‍RNOLD & P‍ORTER K‍AYE S‍CHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 942-5000
Fax: (202) 942-5999

J. David Park
Henry D. Almond
Daniel R. Wilson
Kang Woo Lee

*Counsel to NEXTEEL Co., Ltd.
Defendant-Intervenor*

Dated:  January 5, 2023

## **TABLE OF CONTENTS**

I. INTRODUCTION ........................................................................................................1

II. STATEMENT PURSUANT TO RULE 56.2 ...................................................................1

III. STATEMENT OF FACTS ............................................................................................2

IV. ARGUMENT................................................................................................................2

V. CONCLUSION..............................................................................................................3

I.  **INTRODUCTION**

Pursuant to Rule 56.2 of the Rules of the U.S. Court of International Trade, NEXTEEL Co., Ltd. ("NEXTEEL") as Defendant-Intervenor in this action, submits this memorandum in opposition to the motion for judgment upon the agency record and accompanying memorandum filed by Plaintiff Wheatland Tube ("Wheatland"). *See* ECF No. 38. As we discuss below, NEXTEEL supports the arguments submitted by Defendant and Defendant-Intervenors Hyundai Steel Company ("Hyundai Steel") and Husteel Co., Ltd. ("Husteel"), and generally refers the Court's attention to the arguments presented in their respective briefs. In particular, the Department of Commerce's ("Commerce") determination in the underlying administrative review with respect to the constructed export price ("CEP") offset for the mandatory respondents was supported by substantial record evidence and otherwise in accordance with law. Accordingly, we respectfully request that the Court deny Wheatland's Rule 56.2 motion for judgment upon the agency record and sustain Commerce's determination.

II.  **STATEMENT PURSUANT TO RULE 56.2**

Wheatland challenges the final results of the 2019-2020 administrative review of the antidumping duty order on *Circular Welded Non-Alloy Steel Pipe* ("CWP") from Korea. *See Circular Welded Non-Alloy Steel Pipe From the Republic of Korea: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2019-2020*, 87 Fed. Reg. 26,343 (Dep't Commerce May 4, 2022) ("*Final Results*"), P.R. 309, and accompanying Issues and Decision Memorandum ("IDM"), P.R. 306. The period of review is November 1, 2019, through October 31, 2020. *See* IDM at 1.

**III.  STATEMENT OF FACTS**

We refer the Court's attention to the Statement of Facts included in Defendant's and Defendant-Intervenors' Response Briefs, and provide here a brief statement of facts relevant to Defendant-Intervenor NEXTEEL.

In the *Final Results*, Commerce granted a CEP offset to the mandatory respondents, Husteel Co., Ltd. ("Husteel") and Hyundai Steel. *See* IDM at 13.  Commerce found that both Husteel and Hyundai Steel provided a detailed quantitative analysis supporting the levels of intensity it reported in the selling functions chart.  *Id*.  Because Commerce determined that it was satisfied that the mandatory respondents had demonstrated their eligibility for a CEP offset, Commerce granted a CEP offset to both respondents in the final results.  *Id*. at 14.

Commerce calculated weighted-average dumping margins of 4.07 and 1.97 percent for Husteel and Hyundai Steel, respectively.  *See Final Results* at 26,343.  For the non-selected companies, including Defendant-Intervenor, NEXTEEL, Commerce assigned a rate of 3.21 percent, which is the weighted-average dumping margin of Husteel and Hyundai Steel, weighted by their publicly ranged U.S. sales values.  *Id.*

**IV.  ARGUMENT**

Commerce's determination to grant a CEP offset to the mandatory respondents, Husteel and Hyundai Steel is supported by substantial evidence and in accordance with law.  Commerce found that both Husteel and Hyundai Steel provided a detailed quantitative analysis supporting the levels of intensity it reported in the selling functions chart and was satisfied with their eligibility for a CEP offset.  For the reasons stated in Defendant United States' Response to Plaintiff's rule 56.2 Motion for Judgment on the Agency Record and Defendant-Intervenors Hyundai Steel's and Husteel's Response to the same, NEXTEEL respectfully requests that the

Court find that Commerce's determination with respect to its CEP adjustment for the mandatory respondents was supported by substantial record evidence and otherwise in accordance with law.

V.     **CONCLUSION**

For the foregoing reasons, NEXTEEL respectfully requests that this Court sustain the foregoing aspects of Commerce's *Final Results*.

Respectfully submitted,

 /s/ J. David Park
J. David Park
Henry D. Almond
Daniel R. Wilson
Kang Woo Lee

*Counsel to NEXTEEL Co., Ltd.*
*Defendant-Intervenor*

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Phone:  (202) 942-5000
E-mail:  David.Park@apks.com

**Dated:  January 5, 2023**

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| **WHEATLAND TUBE,** <br><br> *Plaintiff*, <br><br> v. <br><br> **UNITED STATES,** <br><br> *Defendant,* <br><br> and <br><br> **HYUNDAI STEEL COMPANY,** <br> **SEAH STEEL CORPORATION,** <br> **NEXTEEL CO., LTD.,** *and* <br> **HUSTEEL CO., LTD.,** <br><br> *Defendant-Intervenors.* | **Court No. 22-00160** |

## CERTIFICATE OF COMPLIANCE WITH CHAMBERS PROCEDURE 2(B)(1)

The undersigned hereby certifies that the attached Defendant-Intervenor NEXTEEL Co., Ltd.'s Response to Plaintiff's Rule 56.2 Motion for Judgment on Agency Record, filed on January 5, 2023, contains 558 words, exclusive of counsel's signature block, according to the word count function of the word-processing system used to prepare this memorandum, and therefore complies with the word count limitation set forth in the Court's Chambers Procedures.

By:                                                          /s/ J. David Park
                                                                    J. David Park

**Date:  January 5, 2023**