FORM 18-1

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **HITACHI ENERGY USA INC,** ) <br> ) <br>               **Plaintiff,** ) <br> ) <br>               v. ) <br> ) <br> **UNITED STATES,** ) <br> ) <br>               **Defendant.** ) <br> ) | **Court No. 16-00054** <br> **(and Attached Schedule)** |

## NOTIFICATION OF TERMINATION OF ACCESS TO BUSINESS PROPRIETARY INFORMATION PURSUANT TO RULE 73.2(c)

      Daniel R. Wilson       declares that (check one)

1)      TERMINATION BY INDIVIDUAL

I am an attorney representing or retained on behalf of the parties indicated in the actions listed on the attached schedule. I hereby give notice that I am no longer involved in the litigation in this action and those actions listed on the attached schedule, and, therefore, I have terminated my access to Business Proprietary Information in such actions. I certify that I have not retained any documents, including copies of documents, work papers, notes or records in electronic media, containing business proprietary information, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

      N/A                                  N/A
(Name of proceeding)          (Case or investigation no.)

FORM 18-2

I recognize that I remain bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade, and that I may not divulge the Business Proprietary Information that I learned during this action and those actions listed on the attached schedule or in the administrative proceedings that gave rise to the actions to any person.

/s/ Daniel R. Wilson
Daniel R. Wilson
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
(202) 942-5000

Date:   August 11, 2023

FORM 18-3

## Schedule to Notification of Termination of Access
## To Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 16-00054 | Hitachi Energy USA Inc. v. United States | Hyosung Heavy Industries Corporation |
| 18-00083 | NEXTEEL Co., Ltd. v. United States | NEXTEEL Co., Ltd. |
| 21-00277 | PT. Zinus Global Indonesia v. United States | PT. Zinus Global Indonesia |
| 21-00284 | Brooklyn Bedding, LLC at al v. United States | PT. Zinus Global Indonesia |
| 22-00138 | Hyundai Steel Company v. United States | Hyundai Steel Company |
| 22-00140 | NEXTEEL Co., Ltd. v. United States | NEXTEEL Co., Ltd. |
| 22-00160 | Wheatland Tube v. United States | NEXTEEL Co., Ltd. |
| 23-00010 | The Ad Hoc Coalition of American SAP Producers v. United States | LG Chem, Ltd. |