UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 11

| | |
|---|---|
| TMK Group                      Plaintiff,<br><br>v.<br>United States<br><br>                                Defendant. | Court No.:     22-346<br>and Attached Schedule |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff, TMK Group_____, in this action

☒ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Jeffrey M. Winton_____.

Date: 11/14/2023

/s/ Jooyoun Jeong
Attorney

Winton & Chapman PLLC
Firm

1100 13th St. NW., Suite 825
Street Address

Washington, DC 20005
City, State and Zip Code

(202) 774-5510
Telephone Number

jjeong@winton.law
E-mail Address

FORM 11-2

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
| --- | --- | --- |
| 22-346 | TMK Group v. United States | Plaintiff TMK Group |
| 22-344 | Tenaris Bay City, Inc. et al v. United States | Consolidated Plaintiff TMK Group |
| 19-210 | Bioparques de Occidente, S.A. de C.V. et al v. United States | Plaintiffs Bioparques de Occidente, S.A. de C.V. et al |
| 21-397 | Kumho Tire (Vietnam) Co., Ltd. v. United States | Plaintiff Kumho Tire (Vietnam) Co., Ltd. |
| 22-138 | Hyundai Steel Company v. United States | Plaintiff-Intervenor SeAH Steel Corporation |
| 22-142 | HiSteel Co., Ltd. v. United States | Plaintiff HiSteel Co., Ltd. |
| 22-160 | Wheatland Tube v. United States | Defendant-Intervenor SeAH Steel Corporation |
| 23-091 | Maquilacero S.A. de C.V. et al v. United States | Consolidated Plaintiff Perfiles LM, S.A. de C.V. |
| 23-094 | Perfiles LM, S.A. de C.V. v. United States | Plaintiff Perfiles LM, S.A. de C.V. |
| 20-3898 | NEXTEEL Co., Ltd. v. United States | Consolidated Plaintiff SeAH Steel Corporation |
| 18-83 | NEXTEEL Co., Ltd. v. United States | Consolidated Plaintiff SeAH Steel Corporation |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015.)